IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MEGAN C. GENTRY                                                                                   PLAINTIFF
*On Behalf Of*
G.H.

vs.                                        Civil No. 4:17-cv-04066

NANCY A. BERRYHILL                                                                             DEFENDANT
Acting Commissioner, Social Security Administration

## **ORDER**

Plaintiff has filed a complaint in this matter together with a request for leave to proceed *in forma pauperis*. After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.** The Court directs that a copy of the complaint filed herein, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Nancy A. Berryhill, Commissioner of the Social Security Administration, the U.S. Attorney General, and the U.S. Attorney's Office without prepayment of fees and costs or security therefor. Defendant is ordered to answer within sixty (60) days from the date of service.

**IT IS SO ORDERED this 15TH day of August 2017.**

                                                   /s/   Barry A. Bryant
                                                 HON. BARRY A. BRYANT
                                                 U.S. MAGISTRATE JUDGE